AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

$19,314 IN UNITED STATES

**APPEARANCE**

Case Number: 08 CV 02835

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

$19, 314 IN UNITED STATES CURRENCY

I certify that I am admitted to practice in this court.

March 25, 2008
Date

Signature

DAVID J. GOLDSTEIN
Print Name                                                Bar Number

888 Grand Concourse
Address

Bronx          New York          10451
City           State             Zip Code

(718) 665-9000          (718) 665-9147
Phone Number            Fax Number