UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

$19,314 IN UNITED STATES CURRENCY,

          Defendant-in-rem
-----------------------------------------------------------X

CLAIM

Case No. 08 CV 02835

    JUAN RODRIGUEZ, declares under the penalties of perjury that the following statements are true and correct:

    1. That I am the owner and/or custodian of the Nineteen Thousand Three Hundred Fourteen Dollars ($19,314.00) seized from me on October 19, 2007, and submit this claim for that money in accordance with the provisions of Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

    2. Please serve all papers and direct all communications concerning this matter upon my attorneys, GOLDSTEIN & WEINSTEIN, 888 Grand Concourse, Bronx, New York 10451, (718) 665-9000.

Sworn to before me this
25th day of March, 2008

                                               JUAN RODRIGUEZ

DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20__

LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000