

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

          Plaintiff,

  - against -          :    08 Civ. 2835 (LAK)

$19,314 IN UNITED STATES        Conference Date: April 11, 2008
CURRENCY,

          Defendant-in-rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CONSENT SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after May 10, 2008.

2. No amendments to the pleadings will be permitted after June 10, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before June 10, 2008.

    (b)    rebuttal expert witnesses on or before July 10, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before August 10, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before September 30, 2008.

6. No motion for summary judgment shall be served after the deadline for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.     This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

For the Government:

Michael J. Garcia
United States Attorney
Southern District of New York

By: *[signature]*
Sharon E. Frase (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel:    (212) 637-2329
Fax:    (212) 637-0421
Email:    Sharon.Frase@usdoj.gov

For the Claimant:

*[signature]*
David J. Goldstein
Goldstein & Weinstein
888 Grand Concourse
Bronx, NY 10451
Tel:    (718) 665-9000
Fax:    (718) 665-9147
E-mail: djgoldstein1@gmail.com

SO ORDERED:

*[signature]*
Lewis A. Kaplan
United States District Judge

4/14/08