GOLDSTEIN & WEINSTEIN
Attorneys for Claimant, JUAN RODRIGUEZ
By: David J. Goldstein
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

       Plaintiff,      **VERIFIED ANSWER**

  -against-          08 Civ. 02835 (LAK)

$19,314 in United States currency,

       Defendant-in-rem.
------------------------------------------------------------X

  Claimant, JUAN RODRIGUEZ, by his attorneys, GOLDSTEIN & WEINSTEIN, answering the complaint of the plaintiff, respectfully alleges and shows this court as follows:

  FIRST: Denies the allegations in the complaint herein designated as 6, 7, 12, 13.

  SECOND: Denies sufficient information to form a belief as to the truth or accuracy of the allegations of the complaint herein designated as 4, 5, 8.

  WHEREFORE, claimant, JUAN RODRIGUEZ, demands judgement as follows:

(a) dismissing the plaintiff's complaint; and

(b) directing the return of the money which is the subject of this action

(c) together with the costs and disbursements of this action;

(d) together with such other and further relief as the court deems just and proper.

DATED:   June 4, 2008
         Bronx, New York

                                          YOURS, etc.,

                                          GOLDSTEIN & WEINSTEIN

                                   BY:    _____
                                          DAVID J. GOLDSTEIN

                                          Attorneys for Claimant
                                          888 Grand Concourse
                                          Bronx, New York 10451
                                          (718) 665-9000

TO:      MICHAEL J. GARCIA
         United States Attorney
         Southern District of New York
         1 St. Andrews Plaza
         New York, New York 10007

         Att:  AUSA Sharon E. Frase

## VERIFICATION

STATE OF NEW YORK              )
COUNTY OF BRONX                :
SOUTHERN DISTRICT OF NEW YORK  )

JUAN RODRIGUEZ, being duly sworn, deposes and says:

1. That he is the claimant in this case, and has read the foregoing answer, and knows the contents thereof, and that the answer is true to the best of his own knowledge, information and belief.

                                                      JUAN RODRIGUEZ

Sworn to before me this
__th day of June, 2008

DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20__

## VERIFICATION

STATE OF NEW YORK            )
COUNTY OF BRONX              :
SOUTHERN DISTRICT OF NEW YORK )

JUAN RODRIGUEZ, being duly sworn, deposes and says:

1. That he is the claimant in this case, and has read the foregoing answer, and knows the contents thereof, and that the answer is true to the best of his own knowledge, information and belief.

                                                                              _____
                                                                                            JUAN RODRIGUEZ

Sworn to before me this
 th day of June, 2008

DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20___