UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                    Plaintiff,      :

            -against-            :

$19,314 in United States currency,      :

          Defendant-in-rem.
----------------------------------------------------------X

NOTICE TO TAKE DEPOSITION

08 Civ. 02835 (LAK)

SIR:

     PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

the testimony of Police Officer, Brian Higgins, Shield number 02194, of the Bronx Street Crimes Unit

of the New York City Police Department, will be stenographically taken before a person authorized

to administer oaths by the laws of the State of New York, who is not an attorney, or employee of an

attorney, for any party or for any person with an interest in the outcome of this action, and is not

disqualified by reason of consanguinity or affinity to any party herein, at the law offices of Goldstein

& Weinstein, 888 Grand Concourse, Bronx New York, on the 31st day of July, 2008, at 1:00 p.m.

in the afternoon of that day with respect to evidence concerning the seizure of the money which is

the subject of this action on September 20, 2007,

Officer Higgins shall produce at the deposition, pursuant to Rule 30 (b) (1) and Rule 34 of the Federal Rules of Civil Procedure, any and all documents in his possession, or which were prepared by him, concerning the entry into 3029 Home Avenue, Bronx, New York, Apartment 3, the arrest of Juan Rodriguez and Jesus Benitez, and the search of the apartment, which resulted in the seizure of the property which is the subject of this action on or about September 20, 2007.

Dated:    June 4, 2008
          Bronx, New York

                                              YOURS, etc.,

                                              GOLDSTEIN & WEINSTEIN

                        BY:    _____
                                              DAVID J. GOLDSTEIN

                                              Attorneys for Claimant
                                              888 Grand Concourse
                                              Bronx, New York 10451
                                              (718) 665-9000

TO:          MICHAEL J. GARCIA
             United States Attorney
             Southern District of New York
             1 St. Andrews Plaza
             New York, New York 10007

             Att:    AUSA Sharon E. Frase