

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

By Hand

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. $19,314 in United States Currency,
      08 Civ. 2835 (LAK)

Dear Judge Kaplan:

      Pursuant to the April 14, 2008 consent scheduling order entered in the above-captioned civil forfeiture matter, all discovery must be complete by August 10, 2008. The parties write to jointly seek a brief extension of this deadline to facilitate ongoing settlement discussions. Counsel for the Government and for the claimant, Juan Rodriguez, are nearing a resolution of this matter. Given the relatively small amount of money at stake, however, the parties would like to avoid the expense of holding the two noticed depositions prior to the conclusion of settlement discussions. For this reason, the parties respectfully ask that the Court extend the deadline for discovery from August 10, 2008, until September 1, 2008. This extension will not affect any of the other remaining deadlines set forth in the April 14, 2008 scheduling order, including the September 30, 2008 deadline for the parties to submit to Your Honor a joint pretrial order.

**MEMO ENDORSED**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

GRANTED:

By: _____
Sharon E. Frase
Assistant United States Attorney
212-637-2329

Part I
8/7/08

cc:   David Goldstein, Esq.